# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIKELLYS LUSEIDY REYES SOLANO,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>Respondents. | Case No. 1:25-cv-01823-EPG-HC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO CLOSE CASE |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 6–8.)

On December 11, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On December 23, 2025, the Court converted the motion for TRO to a motion for preliminary injunction, granted a preliminary injunction, and ordered Respondents to immediately release Petitioner. (ECF No. 11.)

In the opposition to the motion for TRO, Respondents state: "This opposition is also submitted in response to the habeas petition. Respondents respectfully request that the petition be denied on the merits." (ECF No. 9 at 2.) On January 29, 2026, Petitioner filed a reply in support of the petition for writ of habeas corpus. (ECF No. 13.)

///

For the reasons set forth in the order granting preliminary injunction (ECF No. 11), the Court HEREBY ORDERS that:

1. The petition for writ of habeas corpus is GRANTED; and
2. The Clerk of Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:  **March 2, 2026**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE